WILLIAM J. FITZGERALD, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES REISSER, Respondent, Appellant, v. AMSTERDAM BUILDING COMPANY and Another, Defendants, Impleaded with THE SALVATION ARMY, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JOHN GUIRAGOS, Individually and on Behalf of All Other Stockholders of the TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION Similarly Situated, Respondent, v. TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION and Others, Defendants, Impleaded with THE TELEREGISTER CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

CARMEN MARTI, Respondent, and JOSE MARTI, Plaintiff, v. JOSEPH LEIBNER and Others, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WAYNE W. WILSON, JR., Respondent, v. ROESSLER STERLING, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of THE ESTATE OF STEPHEN S. WALSH, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [143 Misc. 748.]

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to the Elevated Railroad Structures, Tracks, Stations, Platforms, Stairways and Appurtenances of the MANHATTAN RAILWAY COMPANY, or by Whomsoever Owned, in East Forty-Second Street, Constituting the Existing Forty-Second Street Spur, in the Borough of Manhattan, City of New York, and Also to Acquire the Right to Extinguish All Rights, Easements and Franchises of Every Nature Whatsoever of Said MANHATTAN RAILWAY COMPANY or by Whomsoever Owned, to Construct, Maintain and Use Said Elevated Railroad Structures, Tracks, Stations, Platforms, Stairways and Appurtenances.— Decree affirmed without costs. No opinion. Present — Finch, P. J., Merrell, Sherman and Townley, JJ.

FRED SIMPSON, Appellant, v. DICKSON & TURNBULL, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of ANDREW VAN BUSKIRK to HARRY L. RICE, Assignee.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.